UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                             CASE NO: 8:14-cr-122-T-26TGW

SAN FAI SHRIMPS CO.
_____/

## ACCEPTANCE OF PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge [9], to which there has been no timely objection, the plea of guilty of the Defendant to Count One of the Information is now **ACCEPTED** and the Defendant, **SAN FAI SHRIMPS CO.**, is **ADJUDGED GUILTY** of such offense.

**IT IS FURTHER ORDERED** that sentencing is hereby scheduled before United States District Judge Richard A. Lazzara, at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 15B, Tampa, Florida, 33602, on **Friday, August 22, 2014, at 9:00 a.m.**

Counsel of record and/or the United States Probation Office shall contact chambers immediately should it be anticipated that this hearing will exceed thirty (30) minutes.

**DONE AND ORDERED** at Tampa, Florida, on June 3, 2014.

 s/*Richard A. Lazzara*
 **RICHARD A. LAZZARA**
 **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
U.S. Probation Office